UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                    22-CR-141 (JLS) (JJM)

BRITTANY L. HERBERT, and
BRANDIE S. WILLIAMS,

　　　　Defendants.

---



### ORDER

　　The Amended Pretrial Order (Dkt. 155) is hereby amended to the extent that Defendants Herbert and Williams must appear **in-person** for the final pretrial conference scheduled for October 24, 2025 at 10:00 a.m. in the United States Courthouse, 2 Niagara Square, Buffalo, New York. Any waiver of a Defendant's presence will not be accepted by the Court.

SO ORDERED.

Dated:　　April 18, 2025
　　　　　 Buffalo, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN L. SINATRA, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE